RECEIVED
AUG - 1 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DARYL J. ROGERS | CIVIL ACTION NO. 12-515 |
| VERSUS | JUDGE TRIMBLE |
| JAMES LEBLANC, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the report and recommendation of the magistrate judge previously filed herein and after review of the entire record, including plaintiff's objections to the report and recommendation, the court concurs and finds that the report and recommendation should be adopted as correct under applicable law and jurisprudence. Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that plaintiff's civil rights complaint be **DENIED AND DISMISSED** with prejudice as **FRIVOLOUS** pursuant to 28 U.S.C. § 1915(e)(2)(B). It is further

**ORDERED** that the Clerk of Court shall forward a copy of this judgment to the keeper of the three strike list in Beaumont, Texas.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 1st day of August, 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE